IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 20-cv-02097-RMR-SKC

DALE DIAMOND,

    Plaintiff,

v.

W. R. BERKLEY CORPORATION, a Delaware corporation, and
BERKLEY INSURANCE COMPANY, a Delaware corporation,

    Defendants.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by Judge Regina M. Rodriguez on August 24, 2021, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Defendants' Motion for Summary Judgment [Docket No. 51] is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants W. R. Berkley Corporation and Berkley Insurance Company, and against Plaintiff Dale Diamond.  It is

FURTHER ORDERED that Defendants shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this civil action is DISMISSED WITH PREJUDICE.

DATED at Denver, Colorado this   24th   day of August, 2021.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK
By: s/Stacy Libid
Stacy Libid, Deputy Clerk